

*U.S. Department of Justice*

*United States Attorney*
*District of New Jersey*

---

*George L. Brandley*
*Assistant United States Attorney*

*970 Broad Street, 7th Floor*
*Newark, New Jersey 07102*
*(973) 645-2700*

GLB/LTR
2018R01264

January 3, 2025

Honorable Brian R. Martinotti
United States District Judge
Frank Lautenberg Post Office
    &amp; U.S. Courthouse
2 Federal Square
Newark, NJ 07102

      Re:   *United States v. Matthew Ellis, et al*,
             Crim. No. 19-693

Dear Judge Martinotti:

      Pursuant to paragraph 6(c) of the Court's Second Amended Scheduling Order, entered on December 19, 2024 (Dkt. No. 254) and the Local Rules of the District of New Jersey, the Government submits the following objections to the Defendant's Exhibit List. The Government reserves the right to amend or modify any of the objections set forth below on the basis of any stipulation entered into by the parties; corrections, revisions or other modifications to the underlying exhibits; any order from the Court on outstanding motions; and any ruling from the Court affecting the admissibility of the exhibits.

      The Government objects generally, under Fed. R. Evid. 901, to the introduction of exhibits that are not properly authenticated, including but not limited to those exhibits identified below. The Government is willing to meet and confer with the defense counsel regarding means to resolve authenticity objections in advance of trial. However, even in instances where a stipulation as to authenticity may be reached, the Government reserves all other objections to admissibility including, but not limited to, objections based on lack of foundation, hearsay, and relevance.

| Exhibit | Objection |
|---|---|
| Exhibit 3 | Authentication (Fed. R. Evid. 901); Relevance (Fed. R. Evid. 402) |
| Exhibit 6 | Authentication (Fed. R. Evid. 901); Relevance (Fed. R. Evid. 402) |

| Exhibit 8 | Authentication (Fed. R. Evid. 901); Relevance (Fed. R. Evid. 402) |
|---|---|
| Exhibit 14 | Form of exhibit (appears to be two separate, unrelated documents; *i.e.*, an email communication and a contract) |
| Exhibit 16 | Authentication (Fed. R. Evid. 901) |
| Exhibit 25 | Authentication (Fed. R. Evid. 901); Relevance (Fed. R. Evid. 402); Hearsay (Fed. R. Evid. 802) |
| Exhibit 27 | Authentication (Fed. R. Evid. 901); Relevance (Fed. R. Evid. 402) |
| Exhibit 28 | Authentication (Fed. R. Evid. 901); Relevance (Fed. R. Evid. 402) |
| Exhibit 29 | Authentication (Fed. R. Evid. 901); Relevance (Fed. R. Evid. 402) |
| Exhibit 30 | Authentication (Fed. R. Evid. 901); Relevance (Fed. R. Evid. 402) |
| Exhibit 33 | Authentication (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 802); Relevance (Fed. R. Evid. 402) |
| Exhibit 34 | Authentication (Fed. R. Evid. 901); Relevance (Fed. R. Evid. 402); Improper character evidence (Fed. R. Evid. 602) |
| Exhibit 35 | Authentication (Fed. R. Evid. 901); Relevance (Fed. R. Evid. 402); Improper character evidence (Fed. R. Evid. 602) |
| Exhibit 36 | Authentication (Fed. R. Evid. 901); Relevance (Fed. R. Evid. 402); Improper character evidence (Fed. R. Evid. 602) |
| Exhibit 70 | Authentication (Fed. R. Evid. 901); Relevance (Fed. R. Evid. 402) |
| Exhibit 73 | Authentication (Fed. R. Evid. 901); Relevance (Fed. R. Evid. 402) |
| Exhibit 95 | Authentication (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 802) |
| Exhibit 100 | Authentication (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 802) |

- 3 -

Respectfully submitted,

PHILIP R. SELLINGER
United States Attorney

*s/George L. Brandley*
By: George L. Brandley
  Bernard J. Cooney
  Assistant U.S. Attorneys


cc:   Dennis Kainen, Esq., *Counsel to defendant Matthew S. Ellis*